IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | INDICTMENT 1:11-CR-239-CAP |
| | : | |
| TOMAR SHAW, | : | |
| | : | |
| Defendant. | : | |

## AMENDED MOTION TO SUPPRESS

The defendant hereby amends his previously filed preliminary motion to suppress to specifically challenge the warrantless entry and search of 4626 Derby Loop, Fairburn, Georgia on June 8, 2011.  See DEA Report of Investigation prepared 6/9/11 by Malloy (B29-3-Jun11-2-8).  The items seized are DEA non-drug exhibits N-317-322 and DEA drug exhibits 26 and 27.

Respectfully submitted,

*/s/ Steven H. Sadow*
STEVEN H. SADOW
Georgia Bar No. 622075
Attorney for Defendant

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia  30303
(404)  577-1400

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 15, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system that will automatically send e-mail notification of such filing to all parties of record.


*/s/ Steven H. Sadow*
STEVEN H. SADOW