IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : INDICTMENT 1:11-CR-239-ODE |
| TOMAR SHAW, | : |
| Defendant. | : |

PRELIMINARY MOTION TO SUPPRESS
AND AUTHORITY THEREFOR

The defendant moves the Court under Fed.R.Crim.P. 12(b)(3) to suppress all evidence, including any oral statements made by him to government agents, which were obtained in violation of his fourth, fifth, or sixth amendment rights, 18 U.S.C. 2510 *et seq*., or Fed.R.Crim.P. 41.

Respectfully submitted,

*/s/ Steven H. Sadow*
STEVEN H. SADOW
Georgia Bar No. 622075
Attorney for Defendant

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia  30303
(404)  577-1400

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system that will automatically send e-mail notification of such filing to all parties of record.

*/s/ Steven H. Sadow*
STEVEN H. SADOW