```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

```
UNITED STATES OF AMERICA,           :
                                    :   CRIMINAL INDICTMENT
            v.                      :
                                    :   NO. 1:11-CR-239-CAP-ECS
ADRIAN MARTINEZ-MONTANEZ (01),      :
    a/k/a Alex,                     :   (SUPERSEDING)
ROBERTO PEREZ-MENDOZA (02),         :
    a/k/a Carlos,                   :
FRANKLIN ALVARADO-MEJIA (03),       :
    a/k/a Frankie,                  :
MARVIN EDLEMAN RODAS-PEREZ (04),    :
    a/k/a Marvin,                   :
LUIS ALBERTO HERNANDEZ-             :
    MEJIA (05),                     :
AMADO ERIVES-MONTES (06),           :
JAVIER COLON-HERNANDEZ (07),        :
    a/k/a Cabo,                     :
CARLOS MORALES (08),                :
WILSON TEJADA (09),                 :
FATIMA VASQUEZ (10),                :
JESUS MANUEL SANDOVAL (11),         :
MARIA MADRIZ-HERNANDEZ (12),        :
    a/k/a Sandra,                   :
SAMANTHA SEPULVEDA-MADRIZ (13),     :
RAUL VALENCIA (14),                 :
JOSE VALENCIA (15),                 :
    a/k/a Cobo,                     :
MARTIN AYALA-CASTENEDA (16),        :
FAUSTO BUENO-ALVAREZ (17),          :
    a/k/a Gordo,                    :
FELIX JOSE VARGAS (18),             :
CELEDONIO VICTOR ESTRADA (19),      :
    a/k/a Chaparro,                 :
JOSE VARGAS (20),                   :
    a/k/a Mayate,                   :
PEDRO PABLO GOMEZ-RIVERO (21),      :
    a/k/a Trucha,                   :
MANUEL ZUNIGA (22),                 :
    a/k/a Bebe,                     :
JOSE SANCHEZ-VALENCIA (23),         :
GEOVANY MARTINEZ-VARGAS (24),       :
SONIA SANCHEZ (25),                 :
CARMEN BARBOSA MENDOZA (26),        :
```

|  | |
|---|---|
| a/k/a Maricarmen Mendoza-Cardenes, | : |
| MARIA DEL ROSARIO DIAZ-GARCIA (27), | : |
| a/k/a Chayo, | : |
| DESIREE FRAGOZA (28), | : |
| a/k/a Gorda, | : |
| TOMAR SHAW (29), | : |
| a/k/a Jay, | : |
| DAVID SANCHEZ (30), | : |
| VICTOR MANUEL ANGUIANO-GUTIERREZ (31), | : |
| a/k/a Juan Castinanda, | : |
| a/k/a Brujo, | : |
| RUDY VALENCIA (32), and | : |
| ROBERTO LOPEZ-MARTINEZ (33), | : |
| a/k/a Nicolas Sanchez. | : |
| Defendants. | : |

## FOURTH BILL OF PARTICULARS

COMES NOW the United States of America, by and through counsel, Sally Quillian Yates, United States Attorney, and Michael J. Brown, Assistant United States Attorney, and hereby files this Fourth Bill of Particulars specifying additional property subject to forfeiture under the forfeiture provision of the above-captioned indictment:

    a.   a 2011 Kia Sorrento, VIN: 5XYKU4A26BG001591.

Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

 /s/ Michael J. Brown
MICHAEL J. BROWN
ASSISTANT U.S. ATTORNEY
GEORGIA BAR NO. 064437
75 SPRING STREET, S.W., STE 600
ATLANTA, GEORGIA 30303
(404)581-6131 - PHONE
(404)581-6234 - FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 1:11-CR-239-CAP-ECS |
| ADRIAN MARTINEZ-MONTANEZ (01), | : | |
|    a/k/a Alex, et al., | : | (SUPERSEDING) |

**CERTIFICATE OF SERVICE**

This is to certify that I have prepared the foregoing Third Bill of Particulars in compliance with Local Rule 5.1, NDGa., using Courier New 12 point type and have this day electronically filed the document with the Clerk of Court using the CM/ECF system.

This 27th day of October, 2011.

                                             /s/ Michael J. Brown
                                             MICHAEL J. BROWN
                                             ASSISTANT U.S. ATTORNEY