IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| | : | |
| V. | : | NO.  1:11-CR-239-29-CAP-ECS |
| | : | |
| TOMAR SHAW, a/k/a "Jay," | : | |
| Defendant. | : | |

### NOTICE OF APPEAL

Notice is hereby given that the United States of America, pursuant to 18 U.S.C. § 3731, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the order suppressing evidence, entered in the above-styled action on March 12, 2012.

The United States Attorney certifies that this appeal is not taken for purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

This 11th day of April, 2012.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY


/s/LISA W. TARVIN
ASSISTANT U.S. ATTORNEY
600 U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303
(404)581-6000
Ga. Bar No. 574960
Lisa.Tarvin@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned has this date electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

>Steven H. Sadow
>260 Peachtree Street, NW
>Suite 2502
>Atlanta, GA 30303

This 11th day of April, 2012.

>/s/LISA W. TARVIN
>ASSISTANT UNITED STATES ATTORNEY
>lisa.tarvin@usdoj.gov